O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DAVID BIRCH,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>T. GONZALEZ, et al.,<br><br>　　　　　　Defendants. | Case No. CV 10-7749-CJC (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1    IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted dismissing all of plaintiff's claims without leave to amend, except for the Eighth Amendment claim based on the denial of access to mental health care. Plaintiff is ordered to file a Fifth Amended Complaint within 30 days, if he still desires to pursue his Eighth Amendment claim based on the denial of access to mental health care.

Dated: March 20, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE