JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DAVID BIRCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>T. GONZALEZ, et al.,<br><br>　　　　Defendants. | Case No. CV 10-7749-CJC (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Fifth Amended Complaint,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: September 3, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE